UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR24-019 RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| BLAKE L. KIRVIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offense charged:     Felon in Possession of a Firearm

Date of Detention Hearing:     January 30, 2024

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has pled guilty to the above-captioned charge in this case and is

DETENTION ORDER
PAGE -1

pending sentencing. He is also charged with violation of supervised release in Case No. CR21-002 RAJ, and is being held in custody in that case and is expected to admit to the alleged violations as part of the plea agreement in this matter, with a custodial sentence likely. The issue of detention is, essentially, moot and defendant does not contest entry of a detention order herein.

2. Defendant poses a risk of nonappearance based on criminal record and pending violation of supervised release allegations. Defendant poses a risk of danger based on criminal history, including new criminal conduct while on supervised release.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending sentencing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DETENTION ORDER
PAGE -2

01      DATED this 30th day of January, 2024.

02

03                                        Mary Alice Theiler
                                          United States Magistrate Judge
04

DETENTION ORDER
PAGE -3