UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>BLAKE L. KIRVIN,<br><br>                Defendant | NO. CR24-019-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

      THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

  a. One Glock 17 Gen4 semi-automatic pistol, bearing serial number BGRX566, and any associated ammunition, including but not limited to:

      1) Approximately 26 rounds of ammunition contained in an extended capacity magazine;

      2) Any ammunition contained in a black Ruger firearm magazine;

      3) Approximately 11 loose rounds of .22 caliber ammunition; and

      4) Any other associated ammunition.

      The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate for the following reasons:

FINAL ORDER OF FORFEITURE - 1
*United States v. Kirvin,* CR24-019-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On April 10. 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it, Dkt. No. 16;
- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 26, and provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture ¶ 2, Exhibits A & B; and
- The time for filing third-party claims has expired, and no such claims were filed for the Subject Property.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or its representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 12th day of July, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*United States v. Kirvin,* CR24-019-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970